■ KENNETH L. APPELL et al., Appellants, v ALBERT R. CERRONE et al.,

Doing Business as WINDING ACRES DEVELOPMENT COMPANY, et al., Respondents, et al., Defendant.—In an action, *inter alia,* to permanently enjoin the sale of a certain strip of real property, plaintiffs appeal from a judgment of the Supreme Court, Westchester County, entered July 12, 1976, which, after a nonjury trial, is in favor of defendants-respondents and against them. Judgment affirmed, with costs, upon the opinion of Mr. Justice Trainor at Special Term. Cohalan, J. P., Damiani, Hawkins and Mollen, JJ., concur.